# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139940

H. JOHN SCHIMKE,
   Plaintiff/Counter-
   Defendant-Appellee,

v

LIQUID DUSTLAYER, INC., WENDY STEEL,
Trustee of the RICHARD C. RADEMAKER
TRUST, and TINA L. RADEMAKER,
   Defendants/Counter-
   Plaintiffs-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139940
COA: 282421
Manistee CC: 01-010606-CK

   On order of the Court, the application for leave to appeal the September 24, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010                     
y0322                       Clerk